NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

**DEBORAH L. SAUL, LAURA VASSAR, ET AL., LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET AL., ROBERT LEE TAYLOR, ET AL., AND DAWN HENRY,**
*Plaintiffs,*

AND

**RAYMOND CERMAK, SR., (ACTING INDIVIDUALLY AND UNDER A POWER OF ATTORNEY FOR STANLEY F. CERMAK, SR.), MICHAEL STEPHENS, ET AL., JESSE CERMAK, ET AL., DENISE HENDERSON, DELORES KLINGBERG, SALLY ELLA ALKIRE, PIERRE ARNOLD, JR., AND GETRUDE GODOY ET AL.,**
*Plaintiffs,*

AND

**JOHN DOES 1-30, WINONA C. THOMAS ENYARD, AND KITTO, ET AL.,**
*Plaintiffs,*

AND

**FRANCINE GARREAU, ET AL.,**
*Plaintiffs,*

AND

**FRANCIS ELAINE FELIX,**
*Plaintiff,*

AND

**KE ZEPHIER, ET AL.,**

*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiffs,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

**JOHN DOES 1-433,**
*Plaintiffs-Cross Appellants,*

AND

## JULIA DUMARCE, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## KRISTINE ABRAHAMSON,
*Plaintiff-Cross Appellant,*

AND

## VICTORIA ROBERTSON VADNAIS,
*Plaintiff-Cross Appellant,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

**ON MOTION**

---

# O R D E R

Before REYNA, *Circuit Judge.*

The Shakopee Mdewakanton Sioux Community, the Prairie Island Indian Community, and the Lower Sioux Indian Community ("Tribes") move for leave to file an amicus brief in support of the United States' Answering and Reply Brief with brief attached. Sheldon Peters Wolfchild et al. ("The Wolfchild Plaintiffs") move for leave to file an opposition to the Tribes' amicus brief.

IT IS ORDERED THAT:

1) The Tribes' motion for leave to file an amicus brief is granted. The brief is accepted for filing.

2) The Wolfchild Plaintiffs' motion to file a response brief is granted to the extent that the Wolfchild Plaintiffs may file a replacement reply brief, to include any additional arguments in response to the amicus brief, within 14 days of the date of filing of this order. The replacement reply brief may not exceed 7,000 words. If no replacement reply brief is filed, the case will proceed on the reply brief previously submitted.

FOR THE COURT

_____JAN 1 7 2013_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wood R. Foster, Jr., Esq.
     Scott Allen Johnson, Esq.
     Garrett J. Horn, Esq.
     Jack E. Pierce, Esq.
     Elizabeth T. Walker, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2013

JAN HORBALY
CLERK

Jay C. Shultz, Esq.
Francis Elaine Felix
Douglas R. Kettering, Esq.
Philip William Morgan
Rebecca Elizabeth Felix
Bernard Joseph Rooney, Esq.
Erick G. Kaardal, Esq.
Creighton A. Thurman, Esq.
Kelly Stricherz, Esq.
Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.
Barry P. Hogan, Esq.
Royce D. Edwards, Sr., Esq.

s25